THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO A. UMANA, Appellant.

Submitted March 27, 2017; decided March 30, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.